Darin Daniel McCullough

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Taney County MO.

3 unnamed Branson Police Officers

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Prisoner Complaint)

Case No. 18-3129-CV-S-RK-P

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☐ Yes ☒ No

2

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Darin Daniel McCullough

All other names by which you have been known:
ID # 18729

ID Number
Current Institution: Taney County Jail
Address: P.O. Box 1005
Forsyth, MO 65653

### B. The Defendant(s)

- Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.

- Make sure that the defendant(s) listed below are identical to those contained in the above caption.

- For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

- Attach additional pages if needed.

Defendant No. 1

Name: Unnamed
Job or Title (if known): Police Officer
Shield Number: Unknown
Employer: Branson Police Department
Address:

☐ Individual capacity     ☒ Official capacity

3

Defendant No. 2

    Name _Unnamed_

    Job or Title _Police Officer_
    (if known)

    Shield Number _Unknown_

    Employer _Branson Police ~~Officer~~_

    Address _Department_

☐ Individual capacity      ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.

What federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Excessive Force_

4

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?
- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

While I was being arrested I was thrown to the ground and handcuffed. After being handcuffed, mace was continually sprayed into eyes, my right side of my face was forcefully being pushed into ground causing my face to obtain massive bruising with a blackened left eye, and major scratches on the right, which left my right side of face scarred. My right wrist also lost partial feeling from that situation involving these officers. Both wrists are scarred from this incident.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My left side of face was massively bruised and left eye was blackened. My right side of face was severly scratched underneath my right temple, which left scarring. I also lost ~~woodow~~ partial feeling in my right wrist from this incident and recieved cuts from the Officers handcuffs on both wrists.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Future medical bills paid, Pain and Suffering for damages to my wrists, Mental Anguish for the assault which causes me to fear any and all law enforcement

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes
☐ No
☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☒ Do not know

If yes, which claim(s)?

_____
_____
_____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E.  If you did file a grievance:

   1. Where did you file the grievance?

   2. What did you claim in your grievance? *(Attach a copy of your grievance, if available)*

   3. What was the result, if any? *(Attach a copy of any written response to your grievance, if available)*

   4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    It had envolved the Branson Police Department and not the Taney County Jail

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    I have not informed anyone

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes
   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No *(If no, give the approximate date of disposition)*:
      _____

11

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and **(4)** the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/9/2018

Signature of Plaintiff: Darin McCullough
Printed Name of Plaintiff: Darin Daniel McCullough
Prison Identification #: _____
Prison Address: P.O. Box 1005
City State Zip Code: Forsyth, MD 65653

12

Barry, Hannah
PO Box 1005
Forsyth, MO 65653

Pris pro se

RECD APR 12 2018

CORRESPONDENCE
FROM A
CORRECTIONAL FACILITY

Western District Court
1400 U.S. Courthouse
222 John Q. Hammons Pkwy
Springfield, MO 65806

SPRINGFIELD MO 658
10 APR 2018 PM 2 L